In the Matter of CHARLES L. SHAPIRO (Admitted as CHARLES LAWRENCE SHAPIRO), a Disbarred Attorney. [777 NYS2d 905]—Application for reinstatement as an attorney and

counselor-at-law in the State of New York granted only to the extent of referring this matter to the Committee for designation of a hearing panel for a hearing and report, as indicated. No opinion. Concur—Mazzarelli, J.P., Saxe, Ellerin, Williams and Friedman, JJ.